IN THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MARYLAND

LINDA THOMAS                                    )
1403 N 29th Street                              )
Philadelphia, Pennsylvania 19121                )
                                                )
                    Plaintiff,                  )
                                                )
        vs.                                     )   Case No.: _CAL21-12896_
                                                )
MGM NATIONAL HARBOR, LLC                        )
3950 Las Vegas Boulevard                        )
Las Vegas, Nevada 89119                         )
                                                )
SERVE ON:                                       )
CSC-Lawyers Incorporating Service Co.           )
7 St. Paul Street                               )
Suite 820                                       )
Baltimore, Maryland 21202                       )
                                                )
                    Defendant.                  )
_____     )

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Linda Thomas, by undersigned counsel, hereby files this Complaint against MGM National Harbor, LLC, Defendant herein, and alleges as follows:

I. JURISDICTION AND VENUE

1.    Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 et seq.

2.    Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.

Exhibit A

3.    The amount in controversy herein exceeds the sum of $30,000.00, exclusive of interest and costs.

## II. **PARTIES**

4.    Linda Thomas ("Thomas") is a citizen of the State of Pennsylvania, with a residence located at 1403 N. 29th Street, Philadelphia, Pennsylvania 91121.

5.    MGM National Harbor, LLC ("MGM") is a Maryland based company with its principal place of business located at 165 Waterfront Street, National Harbor, Maryland 20745. Upon information and belief, MGM National Harbor, LLC owns, operates, and maintains the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745.

## III. **FACTS**

6.    On or about April 4, 2019, Thomas was an invitee on the property known as the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745 ("Premises") and entered the women's bathroom.

7.    As Thomas was exiting the bathroom stall, a female employee of Defendant, MGM, was mopping the bathroom floor and directed Thomas where to walk to avoid the wet floor. As Thomas proceeded towards the sink as instructed by the MGM employee, she slipped on a liquid substance which caused her to fall to the ground causing her to sustain profound and painful injuries to her

knees, shoulders, back, neck, ankles, and body. As a result of the injuries sustained, Thomas was forced to incur substantial medical bills. As of the date of the filing of this Complaint, Thomas is still experiencing pain and discomfort due to the injuries she sustained as a result of her fall and, upon information and belief, may be in need of future medical care.

8.    At all times prior to her fall, Thomas maintained a proper and vigilant outlook as she proceeded through the bathroom located on the Premises, and her actions in no way contributed to her fall. To the contrary, Thomas' injuries were solely the result of the negligence of the Defendant, MGM.

9.    Prior to this accident, MGM knew or should have know that water and/or other liquid substances had accumulated on the floor of the bathroom where Thomas fell. Notwithstanding said knowledge and notice Defendant, MGM, failed to (1) take reasonable actions to cure the hazardous condition which it knew or should have known could result in injuries to its patrons, and (2) provide any sort of meaningful warning to Thomas, or others lawfully on the premises, of the dangerous condition of the liquid on the floor of the Premises.

## COUNT I
### (Negligence)

10.  Plaintiff    hereby    incorporates    by    reference    the allegations contained in paragraphs 1-9.

11.  MGM, at all times material to this Complaint, was in possession, custody and control of the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745. As such, MGM owed a duty to Thomas, and all invitees who were lawfully on the premises, to (1) divert Thomas, and all patrons lawfully on the premises, away from those portions of the bathroom floor that created a hazardous condition; (2) properly maintain the bathroom floor in a manner suitable for pedestrian traffic; and/or (3) warn Thomas, and all patrons lawfully on the premises, of the dangerous condition located in the bathroom.

12.  On or about April 4, 2019, MGM breached the duties of care it owed to Thomas by failing to (1) take reasonable actions to ensure that the bathroom floors on the Premises were free from the dangerous accumulation of water and/or liquid substances, and (2) failing to warn Thomas, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Thomas' fall.

13.  As a result of MGM's breaches of the duties of care owed to Thomas, Thomas sustained substantial damages.

WHEREFORE, Plaintiff, Linda Thomas, prays that the Court enter judgment in her favor and against Defendant, MGM National Harbor, LLC, for compensatory damages in an amount exceeding $75,000.00, with the exact amount to be determined at trial, plus

pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Linda Thomas

## JURY TRIAL DEMANDED

Plaintiff hereby demands and request that all claims, actions and causes of action set forth in the Complaint filed for the above-captioned claim be tried before a jury.

Matthew T. Holley

IN THE CIRCUIT COURT FOR Prince George's County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT    CASE NUMBER _____
(Clerk to insert)

CASE NAME: Linda Thomas _____ vs. MGM National Harbor, LLC
                 Plaintiff                                          Defendant

PARTY'S NAME: Linda Thomas _____ PHONE: 410-832-8800

PARTY'S ADDRESS: 1403 N. 29th Street, Philadelphia, Pennsylvania 19121

PARTY'S E-MAIL: _____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Matthew T. Holley _____ PHONE: 410-832-8800

PARTY'S ATTORNEY'S ADDRESS: 409 Washington Avenue, Suite 410, Towson, MD 21204

PARTY'S ATTORNEY'S E-MAIL: mth@costellolawgroup.com

JURY DEMAND? ☒Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known: _____

ANTICIPATED LENGTH OF TRIAL?: ____hours __2__days

### PLEADING TYPE

New Case:    ☒Original    ☐Administrative Appeal    ☐Appeal
Existing Case: ☐Post-Judgment    ☐Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute. ☒ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☒ $30,000 - $100,000    ☐ Over $100,000

☒ Medical Bills $___TBD___    ☐ Wage Loss $_____    ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)
A. Mediation          ☒ Yes    ☐ No          C. Settlement Conference    ☒ Yes    ☐ No
B. Arbitration        ☐ Yes    ☒ No          D. Neutral Evaluation       ☐ Yes    ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*          ***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less          ☐ 3 days of trial time

☐ 1 day of trial time               ☐ More than 3 days of trial time

☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of          ☐ **Standard** - Trial within 18 months of
Defendant's response                                Defendant's response

## EMERGENCY RELIEF REQUESTED

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____
1 ᴏ/ ι ς /ᴚᴐᴧ ι
Date

409 Washington Avenue, Suite 410
_____
Address

Towson                    MD        21204
_____
City              State    Zip Code

_____
Signature of Counsel / Party

Matthew T. Holley
_____
Printed Name